```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE TRONOX INCORPORATED, et al.,                            :   ORDER REGULATING
                                                              :   PROCEEDINGS
                                                              :
                                         Debtors.             :   20 Civ. 2128 (AKH)
                                                              :
------------------------------------------------------------- X
                                                              :
STANLEY WALESKI, on his own behalf                            :
and on behalf of all others similarly situated,               :
                                                              :
                                 Plaintiff-Appellant,         :
              -against-                                       :
                                                              :
MONTGOMERY, McCRACKEN, WALKER &                               :
RHOADS, LLP, et al.,                                          :
                                                              :
                                Defendants-Appellees.         :
_____                 X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Oral argument on the Plaintiff-Appellant's appeal from the Bankruptcy Court will be held on October 27, 2020, at 2:30 p.m. Oral argument will be held telephonically via the following call-in number:

        Call-in number: 888-363-4749

        Access code: 7518680

        To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Not later than October 23, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

2

SO ORDERED.

Dated: October 2, 2020 /s/ Alvin K. Hellerstein
New York, New York ALVIN K. HELLERSTEIN
United States District Judge